IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BROTHER B AND B CONTRACTING, INC.,** § § § § | | |
| Plaintiff, § § | | |
| v. § § | Civil Action No. 4:16-cv-714-O | |
| **ACADIA INSURANCE COMPANY** et al., § § § § § | | |
| Defendants. § | | |

### ORDER

Before the Court is Plaintiff's Motion to Remand (ECF No. 9), filed August 22, 2016. Defendant Acadia Insurance Company ("Acadia") removed this case to federal court on July 29, 2016 (ECF No. 1), when it was the sole defendant. In its Amended Complaint (ECF No. 9), filed August 11, 2016, Plaintiff named three additional defendants, all of which reside, or have their principal place of business in Texas. As a result, diversity jurisdiction, which initially provided the Court with subject matter jurisdiction, no longer exists and Plaintiff moves to remand. Mot. Remand, ECF No. 9 (citing 28 U.S.C. § 1447(c)). Acadia has filed a Notice of Non-Opposition to Motion to Remand (ECF No. 15).

Having considered the motion and applicable law, the Court finds that Plaintiff's Motion to Remand should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that this case be **REMANDED** to the 141st District Court in Tarrant County, Texas, and a certified copy of this order shall be mailed by the Clerk of this Court to the Clerk of the 141st District Court in Tarrant County,

1

Texas, on receipt of which that court may proceed with the action according to the laws and procedures of the courts of the State of Texas. The Clerk of Court shall terminate this case.

**SO ORDERED** on this **14th day** of **September, 2016.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**